James J. Barbour, Appellant, v. Willett Company, Appellee.

Gen. No. 42,897.

opinion
filed June 16, 1944. Edward H. S. Martin, for appellants. Cassels, Potter & Bentley, for appellee; William S. Warfield, III and Francis J. Nosek, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.